```
DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Court-appointed Receiver
KRISTA L. FREITAG
```

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KRISTA L. FREITAG, Court-Appointed Permanent Receiver for World Capital Market Inc.; WCM777 Inc.; WCM777 Ltd. d/b/a WCM777 Enterprises, Inc.; Kingdom Capital Market, LLC; Manna Holding Group, LLC; Manna Source International, Inc.; WCM Resources, Inc.; ToPacific Inc.; To Pacific Inc.; and their subsidiaries and affiliates, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT SENSI a.k.a. ROBERT MARIO SENSI, BOB SENSI and STEFANO ROBERT SENSI DAVENPORT, <br><br> Defendant. | Case No. 14-cv-9069-JFW(MRWx) <br><br> ASSIGNED FOR ALL PURPOSES TO Judge John F. Walter <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Complaint Filed: November 24, 2014 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1022101.02/LA

-1-

[~~PROPOSED~~] JUDGMENT

Exhibit A
Page 13

# [PROPOSED] JUDGMENT

Pursuant to the Stipulation for Entry of Judgment by plaintiff Krista L. Freitag (the "Receiver"), Court-appointed permanent-receiver for World Capital Market Inc.; WCM777 Inc.; WCM777 Ltd. d/b/a WCM777 Enterprises, Inc.; Kingdom Capital Market, LLC; Manna Holding Group, LLC; Manna Source International, Inc.; WCM Resources, Inc.; ToPacific Inc.; To Pacific Inc.; and their subsidiaries and affiliates ("Receivership Entities"), and Defendant Robert Sensi, a.k.a. Robert Mario Sensi, a.k.a. Bob Sensi ("Sensi"), and good cause appearing therefor, the Court hereby enters judgment against Sensi and in favor of the Receiver as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment is entered in favor of the Receiver and against Robert Sensi, a.k.a. Robert Mario Sensi, a.k.a. Bob Sensi, in the amount of $325,000, on the alleged claims of Fraudulent Transfer under California's Uniform Fraudulent Transfer Act, Unjust Enrichment, and Constructive Trust;

2. Execution on this judgment may issue immediately notwithstanding the provisions of FRCP Rule 62 or any other similar provision of law; and

3. Judgment to bear interest at the statutory rate.

Dated: 9/4/15

_____
John F. Walter
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1022101.02/LA

-2-

[PROPOSED] JUDGMENT

Exhibit A
Page 14